

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00858-CV

**SOUTHCROSS CCNG TRANSMISSION, LTD.**,
Appellant

v.

Ivy **GONZALEZ** on behalf of M.R. and M.N. Gonzalez, Minor Children; Amy Gonzalez, as
Co-Representative of the Estate of Jesus Gonzalez Jr. for and on behalf of M.R. Gonzalez and
M.N. Gonzalez, Minor Children; and Amy Gonzalez and Jesus Gonzalez Sr.,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-82 and DC-18-83
Honorable Baldemar Garza, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, Petitioner's request for permission to appeal is DENIED. We dismiss this appeal for want of jurisdiction. Costs of court for this petition for permissive appeal are taxed against Petitioner Southcross CCNG Transmission, Ltd.

It is so **ORDERED** on April 29, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz, Clerk of Court